ACCEPTED
03-15-00285-CV
6147553
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 8:04:48 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00285-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 8:04:48 AM
JEFFREY D. KYLE
Clerk

**VOLKSWAGEN GROUP OF AMERICA, INC.
AND AUDI OF AMERICA, INC.,**

*Appellants*,

*v.*

**JOHN WALKER III, *ET AL*.**

*Appellees*.

On Appeal from the 201st Judicial District Court, Travis County, Texas
Honorable Amy Clark Meachum, Presiding Judge

**MOTION FOR EXTENSION OF TIME TO FILE
BRIEF OF THE BUDGET/WEITZ APPELLEES**

Pursuant to Tex. R. App. P. 38(d) and 10.5(b), Budget Leasing, Inc. d/b/a Audi North Austin and Audi South Austin, Ricardo M. Weitz, Hi Tech Imports North, LLC, Hi Tech Imports South, LLC, and Hi Tech Imports, LLC (the "Budget/Weitz Appellees") ask this Court to extend the deadline for filing their appellees' brief from July 31, 2015, through and until August 14, 2015. In support of this requested extension, they would show the following:

1. The current deadline for filing the Budget/Weitz Appellees' brief is July 31, 2015.

1

2. The Budget/Weitz Appellees request a 14-day extension of time in which to file their brief for the following reasons.

- Since July 1, 2015, the day Appellants filed their brief of appellants, the undersigned, who has primary responsibility for preparing the Budget/Weitz brief, has been required to devote considerable time and attention to Cause No. D-1-GN-15-002641, *Ovation Lending LLC et al. v. Finance Commission of Texas et al.*, in the District Court of Travis County, a suit for declaratory and temporary injunctive relief to declare invalid an administrative rule.

- The undersigned will be on vacation in Wyoming from July 24, 2015, to August 3, 2015.

- This Court has granted a 14-day extension of time for Appellees O'Malley, Wilkov, and Walker to file their briefs. Granting the Budget/Weitz Appellees' requested 14-day extension will maintain a uniform deadline for the filing of the appellees' briefs and for the filing of Appellants' reply brief, if any.

4. This is the Budget/Weitz Appellees' first request for an extension to file their brief.

5. This cause has not been set for submission to a panel of this Court.

6. The other appellees do *not* oppose the granting of this motion for extension. However, Appellants oppose the extension request — despite that fact that none of the appellees opposed Appellants' motion to extend the time to file their brief of appellants.

WHEREFORE, PREMISES CONSIDERED, the Budget/Weitz Appellees pray that this Court grant their motion for an extension of time in which to file their appellees'

brief and extend the deadline for filing the brief from July 31, 2015, through and until August 14, 2015.   The Budget/Weitz Appellees also request such other and further relief to which they may be entitled.

Respectfully submitted,

/s/ J.  Bruce Bennett
J.  Bruce Bennett
State Bar No.  0214550
Leon V.  Komkov
State Bar No.11670500
CARDWELL, HART & BENNETT, LLP
807 Brazos, Suite 1001
Austin, Texas 78701
Telephone: (512) 322-0011
Facsimile: (512) 322-0808
Email: jbb.chblaw@sbcglobal.net
Email: lvk@longroadllc.com

Joseph W.  Letzer
Tx.  State Bar No.  24030763
Dent. M. Morton
Tx.  State Bar No.  24056645
BURR & FORMAN, LLP
420 20th Street N, Suite 3400
Birmingham, AL 35203-5210
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: jletzer@burr.com
Email: dmorton@burr.com
**Attorneys for Intervenors/Appellees Ricardo M.  Weitz, Hi Tech Imports, LLC, Hi Tech Imports North, LLC, and Hi Tech Imports South, LLC**

Wm.  R. Crocker
State Bar No.  05091000
807 Brazos, Suite 1014
Austin, Texas 78767
Telephone: (512) 478-5611
Facsimile: (512) 474-2540

Email: crockerlaw@@earthlink.net
**Attorney for Intervenor/Appellee**
**Budget Leasing, Inc.  d/b/a Audi**
**North Austin and Audi South**
**Austin**

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 17, 2015, I conferred with counsel for Appellees Walker, O'Malley, and Wilkov about the requested extension.  Appellees Walker, O'Malley, and Wilkov do not oppose the granting of the relief sought.  On July 17, 2015, I also conferred with counsel for Appellants.  Appellants are opposed to the granting of the relief sought.

/s/ J. Bruce Bennett
J. Bruce Bennett

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2015, I used the Court's electronic case filing system to file the foregoing document and to serve this document on the following persons:

Billy M.  Donley
Mark E.  Smith
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002
Tel: (713) 646-1382
Fax: (713) 751-1717
bdonley@bakerlaw.com
mesmith@bakerlaw.com

S.  Shawn Stephens
James P. Sullivan
KING & SPALDING, LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Tel: (713) 751-3200
Fax: (713) 751-3290

**Attorneys for Volkswagen Group of America, Inc.
and Audi of America, Inc.**

Kimberly Fuchs
Texas Attorney General's Office
P.O. Box 12548
Austin, Texas 78711
Tel: (512) 475-4195
Fax: (512) 320-0167
kimberly.fuchs@texasattorneygeneral.gov
**Attorney for Appellees, the Hon. Michael J. O'Malley
and the Hon. Penny A. Wilkov**

Dennis McKinney
Texas Attorney General's Office
P.O. Box 12548
Austin, Texas 78711
Tel: (512) 475-4020
Fax: (512) 320-0167
dennis.mckinney@texasattorneygenreal.gov
**Attorney for Appellee, the Hon. John H. Walker**

This the 21st day of July 2015.

/s/ J. Bruce Bennett
J. Bruce Bennett